```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| ELLA BAKER, et al., | HON. JEROME B. SIMANDLE |
| Plaintiffs, | Civil No. 12-494 (JBS/JS) |
| v. | |
| UNITED STATES OF AMERICA, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon Defendant United States of America's motion to dismiss Plaintiff's Amended Complaint for lack of jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1)[Docket Item 14]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this **17th** day of **January, 2013** hereby

ORDERED that the United States' motion to dismiss Plaintiffs' amended complaint for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) is GRANTED; and it is

ORDERED that all claims against the United States arising under the Federal Tort Claims Act are dismissed without prejudice to Plaintiffs' opportunity to file a second amended complaint to cure the jurisdictional deficiencies within thirty (30) days hereof; and it is further

ORDERED that the remaining claims against the United States arising under 42 U.S.C. §§ 1983 and 1985 shall be and they hereby are, dismissed with prejudice.

    **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge