IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELLA BAKER, individually and as guardian ad litem for RAYION BAKER; TATTYANA BAKER, and BENJAMIN FRYE,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA; JOHN DOES I-II; CITY OF CAMDEN; JOHN DOES III-X; CHIEF OF POLICE JOHN SCOTT THOMPSON,<br><br>        Defendants. | Civil Action<br>No. 12-494 (JBS/JS)<br><br>**ORDER** |

This matter having come before the Court on Defendant United States of America's motion to dismiss [Docket Item 24]; the Court having considered the parties' submissions; for the reasons explained in the opinion of today's date; and for good cause shown;

IT IS, this **15th** day of **July**, **2013** hereby

ORDERED that Defendant United States' motion to dismiss for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) is **GRANTED**; and it is further

ORDERED that all claims against the United States brought in Counts VI, VII, VIII, and IX of Plaintiffs' Second Amended Complaint are **DISMISSED WITH PREJUDICE**; and it is further

ORDERED that the Clerk shall terminate the United States as a defendant in this matter.

                                          **s/ Jerome B. Simandle**
                                          JEROME B. SIMANDLE
                                          Chief U.S. District Judge